■ THE PEOPLE OF THE STATE OF NEW YORK v. SOL STEINHARDT, Alias "RED" STEINHARDT, Alias FRANK STEINHARDT, Alias RED MAGEE.— Enlargement of time granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

# (January 14, 1960)

■ DEEP SOUTH OIL COMPANY OF TEXAS, Respondent, v. STANLEY EPSTEIN, Appellant.— Order appealed from unanimously reversed, on the law and on the facts and in the exercise of discretion, with $20 costs and disbursements to defendant-appellant, and the motion denied, with $10 costs. Defendant-appellant had brought two prior actions, one in the City Court against plaintiff-respondent, a Texas corporation, and the other in the Supreme Court against a related Delaware corporation. Stipulations were entered into in both actions in which liability was admitted, payments agreed upon and entry of judgment consented to in the event of default. Plaintiff-respondent then brought this plenary action to vacate said stipulation and for incidental relief, and moved to enjoin defendant from entering judgment in the prior actions and for permission to file answers in said actions *nunc pro tunc.* · Defendant appeals from the order granting said motion, conditioned on the filing of a bond. There was clearly no warrant for according such relief to the Delaware corporation, which is not even a party to this action. The granting of leave to file answers *nunc pro tunc* in the other actions virtually vacates the stipulation of settlement and affords plaintiff at this preliminary stage substantially all the relief sought in the plenary action. The moving papers, moreover, fail to make a sufficiently clear showing that the two successive stipulations of settlement, both comprehensive, prepared by lawyers, and over a month apart in point of time, were both induced by fraudulent misrepresentation and coercion so as to demonstrate a right to the relief of temporary injunction (*Park Terrace Caterers* v. *McDonough,* 9 A D 2d 113; *Barricini, Inc.* v. *Barricini Shoes,* 1 A D 2d 905). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ WILLIAM G. ELLIS v. GEORGE A. FULLER COMPANY et al. GEORGE A. FULLER COMPANY v. T. D. MCCORMICK CONTRACTING CO., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ CRUZ DANS v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al. — Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for March 29, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC., et al. v. E. JOSEPH ZEBROWSKI et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 4, 1960, with notice of argument for February 16, 1960, said appeal to be argued or submitted when reached, with leave, however, to the appellants to apply for a further enlargement of time to perfect their appeal if necessitated by the determination of the Court of Appeals on a motion made by the appellants for permission to appeal from an order of this court entered on July 15, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.